427 A.2d 263

Weisberg v. Freeman, Appellant.

Argued September 10, 1979.  Michael P. McIntyre, for appellant;  Clayton T. Hyman, for appellee.

Before CERCONE, P. J., and WATKINS and LIPEZ, JJ.

Order of the lower court affirmed.